

19 John Street, Middletown, NY 10940
www.frontier.com

4/20/2016

Clerk of the Court
United States Bankruptcy Court
325 West F. St.
San Diego, CA 92101-6991


Re: SEAN SHARPLESS
      Case# 16-01491


Dear Clerk of the Court

Please be advised that the above Debtor's Verizon account XXXXXX9314 has been purchased by Frontier Communications. Future communications and/or notices regarding commencement, dismissal, discharge, Trustee payments and all other case related information pertaining to the above Bankruptcy Case, should be sent to the following address:

Frontier Communications
Bankruptcy Department
19 John St
Middletown, NY 10940


If you have any questions or need further assistance please contact our Bankruptcy Department at 1-866-491-5288 ext 2134793 or 2134707.

Sincerely,

/S/ Kimberly Wall

Frontier Communications
Bankruptcy Department
Middletown Collection Center
BankruptcyNotification@FTR.com